**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MONIQUE SANDERS, DARLA SOICH,
and CHRISTOPHER HARRISON,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.

IBEX GLOBAL SOLUTIONS, INC., and
IBEX LIMITED,

    Defendants.

Case No. 1:22-cv-00591-TNM

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs Monique Sanders, Darla Soich, and Christopher Harrison, individually and on behalf of the putative class, move pursuant to Federal Rule of Civil Procedure 23(e) for an Order: (i) granting preliminary approval of the proposed Settlement; (ii) preliminarily certifying a class for purposes of Settlement; (iii) appointing Plaintiffs as Class Representatives; (iv) appointing William B. Federman of Federman & Sherwood and A. Brooke Murphy of Murphy Law Firm as Class Counsel; (v) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (vi) directing that notice be given to the Settlement Class; (v) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses, and service awards to Plaintiffs; and (vi) granting such other relief and further relief as the Court deems just and proper.   Defendants do not object to the relief sought by Plaintiffs.

This Motion is based upon the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement;

the Declaration of William B. Federman in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and its exhibits thereto, including the Settlement Agreement and Release; and all prior pleadings and proceedings properly before the Court.

Dated: October 24, 2022                                  Respectfully submitted,


                                                         /s/ William B. Federman
                                                        William B. Federman
                                                        **FEDERMAN & SHERWOOD**
                                                        10205 N. Pennsylvania Ave.
                                                        Oklahoma City, OK 73120
                                                        Telephone: (405) 235-1560
                                                        wbf@federmanlaw.com

                                                        A. Brooke Murphy
                                                        **MURPHY LAW FIRM**
                                                        4116 Will Rogers Pkwy, Suite 700
                                                        Oklahoma City, OK 73108
                                                        Telephone: (405) 389-4989
                                                        abm@murphylegalfirm.com

                                                        *Proposed Class Counsel*


                                                        David K. Lietz
                                                        **Milberg Coleman Bryson Phillips**
                                                        **Grossman, pllc**
                                                        5335 Wisconsin Avenue NW, Suite 440
                                                        Washington, D.C. 20015-2052
                                                        Telephone: (866) 252-0878
                                                        Facsimile: (202) 686-2877
                                                        dlietz@milberg.com

                                                        *Proposed Liaison Counsel*

**C**ERTIFICATE OF **S**ERVICE

I hereby certify that on October 24, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *William B. Federman*
William B. Federman