UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE SANDERS, DARLA SOICH, and CHRISTOPHER HARRISON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IBEX GLOBAL SOLUTIONS, INC., and IBEX LIMITED,<br><br>Defendants. | Case No. 1:22-cv-00591-TNM |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs Monique Sanders, Darla Soich, and Christopher Harrison, individually and on behalf of the Settlement Class (collectively, "Plaintiffs") move this Court pursuant to Federal Rule of Civil Procedure 23, for an Order: (i) granting final approval of the proposed Settlement; (ii) certifying a class for purposes of Settlement; and (iii) entering Judgment and dismissing all claims.

This Motion is based on (i) the Memorandum of Points and Authorities in Support Plaintiffs' Unopposed Motion for Final Approval of Settlement, filed herewith; (ii) the Declaration of William B. Federman in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement (and its exhibits), filed herewith; (iii) all prior pleadings and proceedings had herein; (iv) arguments of counsel; and (v) any other matters properly before the Court.

A [Proposed] Final Approval Order and Judgment is attached hereto.

1

Dated: February 24, 2023                                Respectfully submitted,

/s/ *A. Brooke Murphy*
A. Brooke Murphy
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Class Counsel*


David K. Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

*Liaison Counsel*

2